PRECILIANO MARTINEZ
State Bar No. 93253
801 15th Street, Suite F
Modesto, CA.  95354
(209) 579-2206 /(209) 579-2211 Fax

Attorney for Defendant
RAYMOND MENA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plantiff,<br><br>RAYMOND MENA,<br><br>      Defendant. | No. 05CRF0115<br><br>STIPULATION AND ORDER TO CONTINUE FILING DATE FOR MOTIONS AND RESCHEDULING DATES<br><br><u>Hearing</u><br>Date:   11/14/05<br>Time:<br><br>Honorable Oliver W. Wanger |

  IT IS HEREBY STIPULATED and agreed to between the United States of America and the defendant, RAYMOND MENA, that the due date for filing motions presently scheduled for September 19, 2005, be continued to October 17, 2005, that the due date for responses presently scheduled for October 11, 2005, be continued to October 31, 2005, and that the Motion Hearing date presently scheduled for October 17, 2005, at 1:30 p.m. be continued to November 14, 2005, at 1:30 p.m..

1 | So stipulated,

2 | Dated: 10/14/05         /s/ KIMBERLY KELLY
3 |                         KIMBERLY KELLY,
    |                         Assistant United States Attorney

4 |

5 | Dated: 10/14/05         /s/ PRECILIANO MARTINEZ
    |                         PRECILIANO MARTINEZ,
6 |                         Attorney for Defendant

7 |

8 |

## **O R D E R**

10 |     IT IS SO ORDERED.

11 | Dated:  October 19, 2005         /s/ OLIVER W. WANGER
    |                                  OLIVER W. WANGER, Judge
12 |                                  UNITED STATES DISTRICT COURT