ZENIA K. GILG, SBN 171922  
809 Montgomery Street, 2nd Floor  
San Francisco CA 94133  
Telephone 415/394-3800  
Fax      415/394-3806  

Attorney for Defendant  
JULIANNE STAHL  


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0315OWW |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING DATE |
| v. | |
| JULIANNE STAHL, | |
| Defendant. _____/ | |

THE PARTIES HEREBY STIPULATE AND AGREE that the motions hearing date now set for August 22, 2006, be continued but that the August 22, 2006 date be reserved as a status conference date.

This request is made because the ongoing settlement negotiations will substantially alter the facts relevant to the transfer motion.

| /S/KAREN ANN ESCOBAR | /S/ZENIA GILG |
|---|---|
| KAREN ANN ESCOBAR | ZENIA K. GILG |
| Assistant U.S. Attorney | Attorney for Defendant |
| Dated: July 13, 2006 | Dated: July 13, 2006 |

**IT IS SO ORDERED.**

IT IS SO ORDERED.

**Dated:  July 15, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE