UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JULIANNE KERKLING STAHL,<br><br>    Defendant.<br>_____/ | No. CRF 05-315 OWW<br><br>ORDER FOR EXONERATION OF BAIL AND FOR <u>RECONVEYANCE OF PROPERTY</u> |

Good cause appearing,

IT IS HEREBY ORDERED that bail is exonerated in this matter and the Clerk of the Court shall reconvey the property with deed number 542391 posted as security for bail for Defendant JULIANNE KERKLING STAHL.

IT IS SO ORDERED.

**Dated:   April 10, 2007**              /s/ Oliver W. Wanger
emm0d6                          UNITED STATES DISTRICT JUDGE