**Order Terminating Probation
Prior to Expiration Date**

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America**   ) | |
| )| |
| vs.    ) | **Docket Number: 1:05CR00315-007 OWW** |
| ) | |
| **Julianne Kerkling Stahl**   ) | |
| ) | |

On January 22, 2007, the above named was placed on probation for a term of 24 months.  Special conditions included a requirement that he submit to search and seizure, not dispose of or otherwise dissipate of any assets, provide the probation officer with access to any requested financial information, not incur any new lines of credit, participate in a correctional treatment program to obtain assistance for drug or alcohol abuse, submit to drug testing, not possess a cellular phone without the approval of the probation officer, complete 100 hours of community service, participate in a co-payment plan for treatment and testing, and refrain from the use of prescription marijuana and/or Marinol. The defendant was also ordered to pay a $100 special assessment and a $500 fine.

The defendant has complied with all conditions and special conditions of supervision and has paid both her fine and special assessment. Furthermore, it should be noted the defendant has been gainfully employed since her release on supervision and generally seems to be leading a law-abiding lifestyle. It is the opinion of the Probation Officer that the defendant has derived the maximum benefit from the services our office has to offer and is not in need of continued supervision.

It is, therefore, respectfully recommended that the defendant be discharged from supervised release prior to her scheduled expiration date.

Respectfully submitted,

/s/ Tim Mechem
**Tim Mechem
United States Probation Officer**

**Reviewed by:**   /s/ Bruce A. Vasquez
**Bruce A. Vasquez
Supervising United States Probation Officer**

## ORDER OF COURT

It is ordered that the defendant be discharged from
probation and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   **January 25, 2008**           **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE